IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STEVEN D. PRENTICE, )
)
        Plaintiff, )
)
v. ) 1:14CV1049
)
LISA BLUE BOGGS, et al., )
)
        Defendant. )

ORDER

On January 16, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections [Doc. #11] within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #9], which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is filed and DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

This, the 25th day of February, 2015.

                                                            United States District Judge